JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

Angel Orlando,

                        Plaintiff,

      vs.

Ipsos Public Affairs, LLC
d/b/a Knowledge Panel,

                   Defendant.

Case No.:  20-cv-9579-JFW(GJSx)

**ORDER**

Hon. Judge John F. Walter

      Based on the stipulation of counsel, the case is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Date: January 8, 2021

_____

Hon.John F. Water
U.S. District Court Judge